IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PH

**FILED**
**DECEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| PAUL MOORE, | |
| Plaintiff, | |
| v. | Civil Action No. _____ |
| JEFFERIES & CO., INC., | **08 C 3** |
| Defendant. | |

**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

## NOTICE OF REMOVAL

Defendant Jefferies & Co, Inc. ("Jefferies"), by its attorneys and pursuant to 28 U.S.C. § 1441 et seq., hereby gives notice of its removal of this action from the Circuit Court of Cook County, Illinois, and states as follows:

1. Jefferies is a corporation, incorporated in Delaware, and having its principal place of business in New York. (Ex. 2, Declaration of James Daly at ¶ 4; Ex. 3, Excerpt from Jefferies Group, Inc.'s 2006 10K Annual Report.) Jeffries is therefore a citizen of both Delaware and New York. 28 U.S.C. § 1332(c).

2. Plaintiff Paul Moore is a natural person suing on his own behalf. Moore is a resident, domiciliary, and citizen of Illinois. (*See* Ex. 1, Complaint at ¶ 1, 3); *Julien v. Sarkes Tarzian, Inc.*, 352 F.2d 845, 846 (7th Cir. 1965).

3. On December 14, 2007, attorney James R. Daly of the law firm of Jones Day accepted service of a complaint by Moore against Jeffries. (See Ex. 2 ¶ 3.) The summons and complaint received were dated December 3, 2007. (*Id.*) Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all proceedings received from the state court lawsuit is attached hereto as Exhibit 1.

4. Moore's complaint against Jeffries was filed in the Law Division of the County Department of the Circuit Court of Cook County, Illinois, on December 3, 2007. The matter was assigned Case No. 07-L-13489, and Moore demanded a trial by jury.

5. This action is wholly between citizens of different states, and defendant Jeffries is not a citizen of Illinois.

6. In the complaint, Moore seeks damages in the amount of 15% of $6,000,000 – that is, $900,000. (*See* Ex. 1, Complaint at ¶¶ 5, 9, 14.)

7. This matter was commenced within the judicial district of the United States District Court for the Northern District of Illinois.

8. Accordingly, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, and the action is properly subject to removal to this Court pursuant to 28 U.S.C. § 1441(a) & (b).

9. This Notice of Removal is being filed within thirty days after Jefferies' receipt of the summons and complaint, and less than one year from when Moore first commenced this action in the Illinois state court. Accordingly, this Notice of Removal is timely and proper pursuant to 28 U.S.C. § 1446(b).

10. Promptly after filing this Notice of Removal, Jeffries will provide notice of the removal to Moore, through his attorney of record in the state-court action, and to the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

11. Pursuant to Fed. R. Civ. P. 81(c), Jeffries will respond to the complaint within five days of the filing of this Notice of Removal, or within such other time period as may be ordered by the Court, and expressly reserves all rights to challenge the complaint on jurisdictional and other grounds.

Dated: December 28, 2007                                Respectfully submitted,


                                                         /s/ James R. Daly
                                                        James R. Daly
                                                          Bar Registration No. 5181714
                                                          E-mail:  jrdaly@jonesday.com
                                                        Nicole C. Henning
                                                          Bar Registration No. 6286386
                                                          Email: nhenning@jonesday.com
                                                        JONES DAY
                                                        77 West Wacker, Suite 3500
                                                        Chicago, IL  60601-1692
                                                        Telephone:     (312) 782-3939
                                                        Facsimile:     (312) 782-8585

                                                        Attorneys for Defendant Jefferies & Co., Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the foregoing *Notice of Removal* was served upon the following counsel of record via hand delivery on December 27, 2007:

Bruce S. Sperling
Greg Shinall
Matthew Slater
SPERLING & SLATER, P.C.
55 W. Monroe St., Suite 3200
Chicago, Illinois 60603


Dated: December 28, 2007

/s/ Nicole C. Henning
One of the Attorneys for Defendant Jefferies & Co., Inc.