**PH**

**08 C 3**

**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL MOORE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFERIES & CO., INC.,<br><br>　　　　Defendant. | Civil Action No. _____ |

## DECLARATION OF JAMES R. DALY

Pursuant to 28 U.S.C. § 1746, James R. Daly, an attorney, declares as follows:

1.　I am a partner in the law firm Jones Day. I represent Jefferies & Co., Inc. in this matter. This affidavit is based upon my personal knowledge.

2.　I accepted service of the summons and complaint in the instant lawsuit, *Paul Moore v. Jefferies & Co., Inc.*, 07-L-013489 (State of Illinois, Cook County Circuit Court), on December 14, 2007. The summons and complaint were dated December 3, 2007.

3.　Jefferies & Co., Inc. is a corporation, incorporated under the laws of the state of Delaware. Its principal place of business is in the state of New York.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 28, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James R. Daly