## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**DECEMBER 28, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 3**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

Moore v. Jefferies & Co., Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Jefferies & Co., Inc., Defendant

**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

| | |
|---|---|
| NAME (Type or print) <br> Nicole C. Henning | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Nicole C. Henning | |
| FIRM <br> JONES DAY | |
| STREET ADDRESS <br> 77 W. Wacker Dr., Suite 3500 | |
| CITY/STATE/ZIP <br> Chicago, IL | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286386 | TELEPHONE NUMBER <br> 312-269-4158 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |