**FILED**

**DECEMBER 28, 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**08 C 3**

|   |
|---|
| **PAUL MOORE,** |
| **Plaintiff,** |
| **v.** |
| **JEFFERIES & CO., INC.,** |
| **Defendant.** |

Civil Action No. _____

**JUDGE MANNING**
**MAGISTRATE JUDGE VALDEZ**

### NOTICE OF AFFILIATES

The undersigned counsel of record hereby certifies, pursuant to N.D. Ill. Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, that Jefferies & Co., Inc. is a wholly-owned subsidiary of Jefferies Group, Inc.  Jefferies Group, Inc. is a publicly traded corporation on the New York Stock Exchange.

Dated:  December 28, 2007

Respectfully submitted,


 /s/ James R. Daly
_____
James R. Daly
  Bar Registration No. 5181714
  E-mail:  jrdaly@jonesday.com
Nicole C. Henning
  Bar Registration No. 6286386
  Email: nhenning@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

Attorneys for Defendant Jefferies & Co., Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a copy of the foregoing *Notice of*

*Affiliates* was served upon the following counsel of record via hand delivery on December 28,

2007:

Bruce S. Sperling
Greg Shinall
Matthew Slater
SPERLING & SLATER, P.C.
55 W. Monroe St., Suite 3200
Chicago, Illinois 60603

Dated: December 28, 2007

/s/ Nicole C. Henning
One of the Attorneys for Defendant Jefferies
& Co., Inc.