IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERIES & CO., INC.,<br><br>    Defendant. | Civil Action No. 08 CV 3<br><br>Judge Manning |

**JEFFERIES & CO., INC.'S UNOPPOSED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Jefferies & Co., Inc. ("Jefferies"), by its counsel, respectfully moves this Court to grant a 30-day extension, up to and including February 6, 2008, for Jefferies to answer Plaintiff Paul Moore's complaint or otherwise plead. In support of its motion, which is not opposed by Plaintiff, Jefferies states as follows:

1. Jefferies removed this action to federal court on December 28, 2007.

2. Pursuant to Federal Rules of Civil Procedure 6 and 81(c), Jefferies has until January 7, 2008, to answer the complaint or otherwise plead.

3. Jefferies believes that additional time will be required to respond appropriately to the allegations in the complaint.

4. Plaintiff Paul Moore does not object to Jefferies' request for an extension of time to answer or otherwise plead, which is not being made for any improper purpose.

5. This is Jefferies' first request for an extension of time.

WHEREFORE, Jefferies respectfully requests that this Court grant it an extension of time to answer Plaintiff's complaint or otherwise plead, extending Jefferies' deadline by 30 days, up to and including February 6, 2008.

Dated: January 3, 2008  Respectfully submitted,

/s/ James R. Daly
James R. Daly
  Bar Registration No. 5181714
  E-mail:  jrdaly@jonesday.com
Nicole C. Henning
  Bar Registration No. 6286386
  Email: nhenning@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:     (312) 782-8585

Attorneys for Defendant Jefferies & Co., Inc.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 3, 2008, a copy of the foregoing **Jefferies & Co., Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Plead** was served via hand delivery to the following attorneys of record at address below:

>Bruce S. Sperling
>Greg Shinall
>Matthew Slater
>SPERLING & SLATER, P.C.
>55 W. Monroe St., Suite 3200
>Chicago, IL 60603

This 3rd day of January, 2008.

>/s/ Nicole C. Henning
>Nicole C. Henning