# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **PAUL MOORE,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**JEFFERIES & CO., INC.,**<br><br>      **Defendant.** | **Civil Action No. 08 CV 3**<br><br>**Judge Manning** |

## NOTICE OF MOTION

To:    Counsel on attached service list

PLEASE TAKE NOTICE that on **Tuesday, January 8, 2008, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in Room 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Jefferies & Co., Inc.'s Unopposed Motion to Extend Time to Answer or Otherwise Plead.

Dated: January 3, 2008

Respectfully submitted,

/s/ James R. Daly
James R. Daly
  Bar Registration No. 5181714
  E-mail:  jrdaly@jonesday.com
Nicole C. Henning
  Bar Registration No. 6286386
  Email: nhenning@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:     (312) 782-8585

Attorneys for Defendant Jefferies & Co., Inc.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on January 3, 2008, the foregoing **Notice of Motion** was served via hand delivery to the following attorneys of record at address below:

>Bruce S. Sperling
>Greg Shinall
>Matthew Slater
>SPERLING & SLATER, P.C.
>55 W. Monroe St., Suite 3200
>Chicago, IL 60603

This 3rd day of January, 2008.

>/s/ Nicole C. Henning
>Nicole C. Henning