IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL MOORE,<br><br>      Plaintiff,<br><br>      v.<br><br>JEFFERIES & CO., INC.,<br><br>      Defendant. | Civil Action No. 08 CV 3<br><br>Judge Manning |

**NOTICE OF MOTION**

To:    Counsel on attached service list

PLEASE TAKE NOTICE that on **Tuesday, February 12, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in Room 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Jefferies & Company, Inc.'s Motion to Dismiss.

Dated: February 6, 2008                                Respectfully submitted,


  /s/ James R. Daly
_____
James R. Daly
  Bar Registration No. 5181714
  E-mail:  jrdaly@jonesday.com
Nicole C. Henning
  Bar Registration No. 6286386
  Email: nhenning@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone:     (312) 782-3939
Facsimile:     (312) 782-8585

Attorneys for Defendant Jefferies &
Company, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 6, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Bruce S. Sperling
>Greg Shinall
>Matthew Slater
>SPERLING & SLATER, P.C.
>55 W. Monroe St., Suite 3200
>Chicago, IL 60603

>s/ Nicole C. Henning
>One of the Attorneys for Defendant Jefferies & Co., Inc.