# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Paul Moore

                          Plaintiff,

v.                                        Case No.: 1:08–cv–00003
                                          Honorable Blanche M. Manning

Jefferies & Co., Inc.

                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

        MINUTE entry before Judge Blanche M. Manning : On defendant's motion to dismiss[13], response to be filed by 3/11/2008. Reply to be filed by 3/25/2008. Ruling by mail. Status hearing stricken. New dates, as necessary, will be set forth in the ruling on the motion to dismiss.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.