IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 CV 3 |
| | ) | |
| JEFFERIES & CO., INC., | ) | Hon. Blanche M. Manning |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      I, Michael G. Dickler, certify that on March 11, 2008, caused a true and correct copy of **PLAINTIFF MOORE'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**, to be served upon all parties via the Court's electronic filing system.

      /s/ Michael G. Dickler
      Michael G. Dickler

Bruce S. Sperling
Michael G. Dickler
Matthew Slater
Sperling & Slater, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200