# EXHIBIT A

Case 1:08-cv-00003   Document 20-2   Filed 04/24/2008   Page 1 of 2



**Michael Dickler**
<MDickler@sperling-law.com>

04/21/2008 02:41 PM

To "James R. Daly" <jrdaly@JonesDay.com>
cc Matthew Slater <MSlater@sperling-law.com>, Nicole Henning <nhenning@JonesDay.com>
bcc
Subject RE: Moore v. Jefferies

Jim:

Just so that there is no misunderstanding and to follow up our conversation, we are happy to agree as a professional courtesy to an extension to answer the pending discovery if you need additional time, but not if you simply aim to later move to stay discovery pending a ruling on your motion to dismiss.

Thus, if you agree that you will not later move for a stay, you are welcome to the extension. Otherwise, we should have the Judge decide whether a stay is appropriate.

Regards,
Michael Dickler


Michael G. Dickler | Sperling & Slater

55 W. Monroe Street, Suite 3200 | Chicago, Illinois 60603

t. 312-641-3200 | t. 312-242-6279 (dir) | f. 312-641-6492


This message may contain confidential and privileged information. If you are not the intended recipient, please notify the sender and delete the message.