IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAUL MOORE,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**JEFFERIES & CO., INC.,**<br><br>      **Defendant.** | **Civil Action No. 08 CV 3**<br><br>**Judge Manning** |

**NOTICE OF MOTION**

To:    Counsel on attached service list

PLEASE TAKE NOTICE that on **Thursday, May 1, 2008, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in Room 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Jefferies & Company, Inc.'s Motion for a Thirty Day Extension of Time to Respond to Plaintiff's Discovery Requests.

Dated: April 24, 2008                                      Respectfully submitted,


                                                          /s/ James R. Daly
                                                          James R. Daly
                                                            Bar Registration No. 5181714
                                                            E-mail: jrdaly@jonesday.com
                                                          Nicole C. Henning
                                                            Bar Registration No. 6286386
                                                            Email: nhenning@jonesday.com
                                                          JONES DAY
                                                          77 West Wacker, Suite 3500
                                                          Chicago, IL  60601-1692
                                                          Telephone:     (312) 782-3939
                                                          Facsimile:     (312) 782-8585

                                                          Attorneys for Defendant Jefferies & Company, Inc.

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on April 24, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

> Bruce S. Sperling
> Michael G. Dickler
> Matthew Slater
> SPERLING & SLATER, P.C.
> 55 W. Monroe St., Suite 3200
> Chicago, IL 60603

          /s/ Nicole C. Henning
          One of the Attorneys for Defendant Jefferies & Company, Inc.