# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Paul Moore

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00003
　　　　　　　　　　　　　　　　　　　Honorable Blanche M. Manning

Jefferies & Co., Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: Defendant's motion for extension of time to 5/31/2008 to respond to plaintiff's discovery request [20] is granted. The court will rule on the motion to dismiss expeditiously.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.