## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Paul Moore
       Plaintiff,

v.              Case No.: 1:08−cv−00003
            Honorable Blanche M. Manning

Jefferies & Co., Inc.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 2, 2008:

  MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 7/2/2008 and continued to 10/8/08 at 9:30 a.m. Court adopts the parties scheduling order as follows: Deadline to join other parties: 7/15/08. Deadline to amend the pleadings: 8/15/08. Completion of fact discovery: 11/21/08. Expert disclosures: 12/5/08. Completion of expert discovery: 1/5/09. Court inquire about settlement conference. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.