IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAUL MOORE,**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**JEFFERIES & CO., INC.,**<br><br>          **Defendant.** | **Civil Action No. 08 CV 3**<br><br>**Judge Manning** |

**NOTICE OF MOTION**

To:     Counsel on attached service list

PLEASE TAKE NOTICE that on **Tuesday, August 12, 2008, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Blanche M. Manning or any judge sitting in her stead, in Room 2125 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Jefferies & Co., Inc.'s Motion to for Leave to File an Amended Answer.

Dated: August 8, 2008                              Respectfully submitted,


                                                                 /s/ James R. Daly
                                                                James R. Daly
                                                                  Bar Registration No. 5181714
                                                                  E-mail:  jrdaly@jonesday.com
                                                                Nicole C. Henning
                                                                  Bar Registration No. 6286386
                                                                  Email: nhenning@jonesday.com
                                                                JONES DAY
                                                                77 West Wacker, Suite 3500
                                                                Chicago, IL  60601-1692
                                                                Telephone:     (312) 782-3939
                                                                Facsimile:     (312) 782-8585

                                                                Attorneys for Defendant Jefferies & Co., Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I electronically filed the foregoing **Notice of Motion** using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Bruce S. Sperling
>Greg Shinall
>Matthew Slater
>SPERLING & SLATER, P.C.
>55 W. Monroe St., Suite 3200
>Chicago, IL 60603

This 8th day of August, 2008.

>/s/ Nicole C. Henning
>Nicole C. Henning