**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Paul Moore
                    Plaintiff,

v.                                  Case No.: 1:08−cv−00003
                                            Honorable Blanche M. Manning

Jefferies & Co., Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

     MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 8/12/2008 is reset to 10/30/2008 at 11:00 AM. This case having been referred, in part, for ruling on all nondispositive pretrial motions, defendant's motion for leave to file an amended answer [30] shall be re−noticed before Magistrate Judge Valdez.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.