IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAUL MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFERIES & CO., INC.,<br><br>    Defendant. | Civil Action No. 08 CV 3<br><br>Judge Manning |

**NOTICE OF MOTION**

To:   Counsel on attached service list

PLEASE TAKE NOTICE that on **Wednesday, August 13, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, we will appear before Magistrate Judge Maria Valdez or any judge sitting in her stead, in Room 1300 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Jefferies & Co., Inc.'s Motion to for Leave to File an Amended Answer.

Dated: August 11, 2008                    Respectfully submitted,


                         /s/ James R. Daly
                        James R. Daly
                          Bar Registration No. 5181714
                          E-mail:  jrdaly@jonesday.com
                        Nicole C. Henning
                          Bar Registration No. 6286386
                          Email: nhenning@jonesday.com
                        JONES DAY
                        77 West Wacker, Suite 3500
                        Chicago, IL  60601-1692
                        Telephone:     (312) 782-3939
                        Facsimile:     (312) 782-8585

                        Attorneys for Defendant Jefferies & Co., Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2008, I electronically filed the foregoing **Notice of Motion** using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

> Bruce S. Sperling
> Greg Shinall
> Matthew Slater
> SPERLING & SLATER, P.C.
> 55 W. Monroe St., Suite 3200
> Chicago, IL 60603

This 11th day of August, 2008.

> /s/ Nicole C. Henning
> Nicole C. Henning