# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAUL MOORE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERIES & CO., INC., <br><br> Defendant. | Civil Action No. 08 CV 3 <br><br> Judge Manning |

## NOTICE OF MOTION

To:   Counsel on attached service list

PLEASE TAKE NOTICE that on **Thursday, September 4, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, we will appear before Magistrate Judge Maria Valdez or any judge sitting in her stead, in Room 1300 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present Defendant Jefferies & Co., Inc.'s Unopposed Motion for Entry of a Stipulated Protective Order.

Dated: August 29, 2008

Respectfully submitted,

 /s/ James R. Daly
James R. Daly
  Bar Registration No. 5181714
  E-mail:  jrdaly@jonesday.com
Nicole C. Henning
  Bar Registration No. 6286386
  Email: nhenning@jonesday.com
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

Attorneys for Defendant Jefferies & Co., Inc.

- 4 -

CHI-1666895v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed the foregoing **Notice of Motion** using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

>Bruce S. Sperling
>Michael Dickler
>Matthew Slater
>SPERLING & SLATER, P.C.
>55 W. Monroe St., Suite 3200
>Chicago, IL 60603

This 29th day of August, 2008.

>/s/ Nicole C. Henning
>Nicole C. Henning

CHI-1666895v1