## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 C 0003 | DATE | 9/3/2008 |
| CASE TITLE | Moore vs. Jefferies & Co Inc. | | |

**DOCKET ENTRY TEXT**

Defendant's Unopposed Motion for entry of stipulated protective order [36] is granted. Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: yp